**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:11-21976-Civ-Ungaro/Torres**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES
(AFSCME) COUNCIL 79,

      Plaintiff,

vs.

RICK SCOTT, in his official capacity as
Governor of the State of Florida,

      Defendant.

_____/

**ACLU OF FLORIDA, INC. AND ACLU OF FLORIDA FOUNDATION, INC.'S**
**NOTICE OF FILING**

The American Civil Liberties Union of Florida, Inc., and the American Civil Liberties Union Foundation of Florida, Inc. (collectively, "ACLU-FL"), through counsel, gives notice of filing correspondence between the Governor's counsel and ACLU-FL's counsel relating to ACLU-FL's Emergency Motion to Quash Subpoenas. DE 21.

The first, attached as Exhibit 8, is a letter from the Governor's counsel, Jesse Panuccio, sent to James K. Green, ACLU-FL's counsel, on October 17, 2011. The second, attached as Exhibit 9, is a responsive letter from Mr. Green to Mr. Panuccio sent on October 19, 2011. Both pieces of correspondence were exchanged after ACLU-FL filed its motion on October 17 and are offered to give the court an update on the Governor's and ACLU-FL's positions on the subpoenas.

Dated:  October 19, 2011        Respectfully Submitted,

/s James K. Green

James K. Green, Esq.
JAMES K. GREEN, P.A.
Suite 1650, Esperante
222 Lakeview Ave.
West Palm Beach, FL  33401
Florida Bar No.:  229466
(561) 659-2029
(561) 655-1357 (facsimile)
jameskgreen@bellsouth.net

/s Randall C. Marshall

Randall C. Marshall, Esq.
Legal Director
American Civil Liberties Union
  Foundation of Florida, Inc.
4500 Biscayne Blvd., Ste. 340
Miami, FL  33137
Florida Bar No.:  181765
(786) 363-2700
(786) 363-1108 (facsimile)
rmarshall@aclufl.org

COUNSEL FOR ACLU-FL

CERTIFICATE OF SERVICE

I certify that on this 19th day of October, 2011, a true and correct copy of the foregoing was served by the Court's CM/ECF Notice of Electronic Filing system on all counsel or parties of record:

Charles M. Trippe, Jr., General Counsel
Jesse M. Panuccio, Deputy General Counsel
Michael M. Sevi, Assistant General Counsel
Executive Office of the Governor
The Capitol, Room 209
400 South Monroe Street
Tallahassee, FL 32399-6536
Tel: 850-488-3494
Fax: 850-922-0309
*Attorneys for Defendant Governor Rick Scott*

Randall C. Marshall
ACLU Foundation of Florida, Inc.
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel: 786-363-2700
Fax: 786-363-1108
*Attorney for Plaintiff AFSCME*

Peter G. Walsh
Stabinski & Funt, PA
757 NW 27 Ave.
Miami, FL 33125
Tel: 305-643-3100
Fax: 305-643-1382
*Attorney for Plaintiff AFSCME (Cooperating Attorney for the American Civil Liberties Union Foundation of Florida, Inc.)*

James K. Green, Esq.
JAMES K. GREEN, P.A.
Suite 1650, Esperante
222 Lakeview Ave.
West Palm Beach, FL 33401
(561) 659-2029
(561) 655-1357 (facsimile)
*Attorney for Non Party ACLU of Florida, Inc., and ACLU Foundation of Florida, Inc.*

/s Randall C. Marshall