UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:11-21976-Civ-Ungaro/Torres

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES
(AFSCME) COUNCIL 79,

    Plaintiff,

vs.

RICK SCOTT, in his official capacity as
Governor of the State of Florida,

    Defendant.
_____/

## ACLU-FL'S NOTICE OF SUPPLEMENTAL AUTHORITY

The ACLU-FL advises the Court of supplemental authority in support of its Emergency Motion to Quash Subpoenas (DE 21): preliminary injunction order in *Lebron v. Wilkins*, No. 6:11-cv-01473-Orl-35DAB (M.D. Fla., October 24, 2011). A copy of the opinion is attached.[1]

In *Lebron*, an applicant for cash benefits under the federal Temporary Assistance for Needy Families ("TANF") program was denied benefits because he refused to submit to a mandatory drug test. Section 414.0652, Florida Statutes, enacted earlier this year, requires all applicants for TANF benefits to submit to suspicionless drug testing. The district court today preliminary enjoined the statute, finding that the suspicionless drug testing violates the Fourth and Fourteenth Amendments. Notably, the state defendant,

---

[1] As permitted by the local rules, the ACLU-FL is preparing a reply to the Governor's response (DE 28).

David E. Wilkins, in his official capacity as Secretary of the Florida Department of Children & Families, offered evidence of drug testing in the private sector and the Navy, and a public opinion poll of the drug testing at issue to support his argument that pervasiveness of employer drug testing in society was relevant because the Fourth Amendment only protects privacy interests that society is prepared to recognize as reasonable, the same argument the State defendant makes here.

Judge Scriven squarely rejected the State's approach noting that the Supreme Court has held that the "collection and testing of urine intrudes upon expectations of privacy that society has long recognized as reasonable … ." She noted:

> Against this controlling authority, the Court declines the State's invitation (Dkt. 24) to review current private organizations' practices or public opinion polls to conclude that there no longer exists a reasonable expectation of privacy against state intrusion via urinalysis drug testing. Private employers are not constrained by the limits of the Fourth and Fourteenth Amendment in this regard.

*Lebron* at p. 14 and n. 5. A copy of docket entry 24 is also attached.[2]

This supplemental authority supports the ACLU-FL's argument that the materials the Governor seeks from it are irrelevant to the legal issues involved in the underlying litigation.

---

[2] The State defendant in *Lebron* is represented by Jesse Panuccio, one of the attorneys for Governor Scott in this litigation. *See Lebron* Document 24 at 3.

Dated: October 24, 2011                    Respectfully Submitted,

/s James K. Green

James K. Green, Esq.
JAMES K. GREEN, P.A.
Suite 1650, Esperante
222 Lakeview Ave.
West Palm Beach, FL 33401
Florida Bar No: 229466
(561) 659-2029
(561) 655-1357 (facsimile)

/s Randall C. Marshall

Randall C. Marshall, Esq.
Legal Director
American Civil Liberties Union
Foundation of Florida, Inc.
4500 Biscayne Blvd., Ste. 340
Miami, FL 33137
Florida Bar No: 181765
(786) 363-2700
(786) 363-1108 (facsimile)

COUNSEL FOR ACLU-FL

CERTIFICATE OF SERVICE

I certify that on this 24th day of October, 2011, a true and correct copy of the foregoing was served by the Court's CM/ECF Notice of Electronic Filing system on all counsel or parties of record:

Charles M. Trippe, Jr., General Counsel
Jesse M. Panuccio, Deputy General Counsel
Michael M. Sevi, Assistant General Counsel
Executive Office of the Governor
The Capitol, Room 209
400 South Monroe Street
Tallahassee, FL 32399-6536

Tel: 850-488-3494
Fax: 850-922-0309
*Attorneys for Defendant Governor Rick Scott*

Randall C. Marshall
ACLU Foundation of Florida, Inc.
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel: 786-363-2700
Fax: 786-363-1108
*Attorney for Plaintiff AFSCME*

Peter G. Walsh
Stabinski & Funt, PA
757 NW 27 Ave.
Miami, FL 33125
Tel: 305-643-3100
Fax: 305-643-1382
*Attorney for Plaintiff AFSCME (Cooperating Attorney for the American Civil Liberties Union Foundation of Florida, Inc.)*

James K. Green, Esq.
JAMES K. GREEN, P.A.
Suite 1650, Esperante
222 Lakeview Ave.
West Palm Beach, FL 33401
(561) 659-2029
(561) 655-1357 (facsimile)
*Attorney for Non Party ACLU of Florida, Inc., and ACLU Foundation of Florida, Inc.*

/s Randall C. Marshall