UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS W. LEBRON, individually
and as class representative,

    Plaintiff,

v.                                        Case No.: 6:11-cv-01473-MSS-DAB

DAVID E. WILKINS, in his official
capacity as Secretary of the Florida
Department of Children & Families,

    Defendant.

_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELMINARY INJUNCTION**

      Defendant respectfully moves this Court for leave to file additional exhibits in opposition to Plaintiff's motion for a preliminary injunction. Each of these exhibits relates to Plaintiff's claims that: (1) a reasonable expectation of privacy precludes drug testing under the Fourth Amendment; and (2) drug testing imposes a stigma or rests on a presupposition that all persons drug tested are, in fact, drug users.

The additional exhibits are:

      1)    Exhibit G is a copy of the operative Navy policy that was in effect during the years of Plaintiff's Navy service. This exhibit shows that, during those years, it was Navy policy to routinely drug test all Navy personnel, regardless of duties or position. A copy of this policy is available at http://www.tricare.mil/tma/ddrp/documents/200903/US%20Navy.pdf.

1

2) Exhibit H is a copy of the standard employment application for all applicants to Publix, a Florida-based food-retail company, and one of Florida's largest employers. The application states:

> I understand that Publix is a drug free workplace. In order to provide a drug free work environment, all applicants and associates are subject to testing for alcohol and/or illegal drugs. Those who refuse to submit to testing will not be eligible for employment. I agree to a pre-employment drug test, including saliva, blood, hair, urine or other similar testing, for the presence of alcohol and/or illegal drugs (including unlawful controlled substances). If hired, I agree to submit samples for such tests whenever so requested by Publix.

A copy of the application is available at https://careers.peopleclick.com/careerscp/client_publix/external/registration.do.

3) Exhibit I is (1) a copy of a report from the United States Department of Labor showing that 36.8% of workers in the financial industry are subject to pre-employment drug screening, and that nearly 43% of American industries overall employ workplace drug-testing; and (2) a copy of the Department of Labor's website showing that it supports workplace drug-testing as part of a comprehensive drug-free workplace strategy. These documents can be found at (1) http://www.osha.gov/SLTC/substanceabuse/index.html, and (2) http://www.dol.gov/asp/programs/drugs /workingpartners/stats/industry/fin_ins.htm.

4) Exhibit J is a September 21, 2011 press release reporting the results of a Qunnipiac University poll. The poll showed that 71 percent of respondents approved of a "new Florida law [that] requires new welfare recipients to undergo drug testing to be eligible for benefits." A copy of the poll can be found at: http://www.quinnipiac.edu/images/polling/fl/fl09212011.doc.

Defendant respectfully submits that although these exhibit are filed after the date specified in the Court's Order of September 7, 2011 (Doc. 8), the Court's consideration of the

2

exhibits will aid in the just adjudication of this matter, and that, given the short timeframe for responding to the motion for a preliminary injunction, it is reasonable to accept these exhibits at this time.

Defendant's counsel has conferred with Plaintiff's counsel regarding this motion, and Plaintiff's counsel consents to the filing of these exhibits but will object to their admission on relevance and other grounds.

## CONCLUSION

For the foregoing reasons, Defendant respectfully submits that this motion to file additional exhibits should be granted.

Dated: Sept. 25, 2011                                              Respectfully submitted,
| | |
|---|---|
| | s/ Jesse Panuccio |
| | Jesse Panuccio |
| | Florida Bar No. 31401 |
| Jason Vail | Executive Office of the Governor |
| Assistant Attorney General | Room 209 |
| Florida Bar No. 298824 | 400 South Monroe St. |
| jay.vail@myfloridalegal.com | The Capitol |
| | Tallahassee, FL 32399-6536 |
| Lisa M. Raleigh | Tel: 850-488-3494 |
| Special Counsel | Fax: 850-922-0309 |
| Florida Bar No. 858498 | Email: jesse.panuccio@eog.myflorida.com |
| lisa.raleigh@myfloridalegal.com | |
| | Marion Drew Parker |
| Office of the Attorney General | General Counsel |
| The Capitol, PL-01 | Florida Bar No. 0676845 |
| Tallahassee, FL 32399-1050 | Florida Department of Children and Families |
| (850) 414-3300; Fax: (850) 414-9650 | 1317 Winewood Blvd., Bldg. 2, Rm. 204 |
| | Tallahassee, FL 32399 |
| | (850) 488-2381; Fax: (850) 922-3947 |
| | Email: Drew_Parker@dcf.state.fl.us |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on September 25, 2011.

s/ Jesse Panuccio
Jesse Panuccio
Florida Bar No. 31401
Executive Office of the Governor
Room 209
400 South Monroe St.
The Capitol
Tallahassee, FL  32399-6536
Tel: 850-488-3494
Fax: 850-922-0309
Email: jesse.panuccio@eog.myflorida.com
